Case 2:20-cv-03704-GRB-ST   Document 4   Filed 09/17/20   Page 2 of 2 PageID #: 35
Case 2:20-cv-03704-GRB-ST   Document 5   Filed 09/04/20   Page 12 of 12 PageID #: 34

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* TRI-STAR PRODUCTS, INC
was received by me on *(date)* 8/24/2020

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* VALERIE POMERANTZ/MANAGER , who is
designated by law to accept service of process on behalf of *(name of organization)* TRI-STAR PRODUCTS, INC
on *(date)* 8/28/2020 ; or 12:11PM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 8/28/2020

Linda Jachera Feldman
Notary Public of the
State of New Jersey
Commission Expires 12/27/2024

*Server's signature*

PETER FELDMAN PROCESS SERVER #2033274
*Printed name and title*

WAYNE, NEW JERSEY
*Server's address*

Additional information regarding attempted service, etc: