**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

**FILED**
**CLERK**

2:05 pm, Oct 20, 2020

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

MICHELLE TENZER-FUCHS, on behalf of hersel and all others similarly situated,

          Plaintiff,

v.

TR-ISTAR PRODUCTS INC.,

          Defendant

No. 20-cv-03704

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, MICHELLE TENZER-FUCHS, and defendant, TRISTAR PRODUCTS, INC., through their respective attorneys, that the above-entitled case in its entirety be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said action was brought having been fully compromised, settled, and adjourned pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: October 19, 2020

| | |
|---|---|
| */s/Jonathan Shalom* | */s/ Mark S. Sidoti* |
| Jonathan Shalom | Mark S. Sidoti |
| Shalom Law, PLLC | Gibbons P.C. |
| 105-13 Metropolitan Avenue | One Pennsylvania Plaza, 37th Floor |
| Forest Hills, New York 11375 | New York, New York 10119-3701 |
| 718-971-9474 | 212-613-2007 |
| Jonathan@shalomlawny.com | MSidoti@gibbonslaw.com |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |

ORDER DISMISSING CASE: In light of the settlement in principle this case is hereby DISMISSED without prejudice to its reinstatement should the settlement not be consummated. Barring any further requests for an extension within 90 days of this order, this dismissal shall deemed with prejudice.
Dated: 10/20/2020
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.